IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COSMAS STRATIGOS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| MIDLAND FUNDING LLC and BLITT AND GAINES, P.C., | ) ) ) |
| Defendants. | ) ) |

## COMPLAINT

### INTRODUCTION

1. Plaintiff Cosmas Stratigos brings this action to secure redress from unlawful credit and collection practices engaged in by defendants Midland Funding LLC ("Midland Funding") and Blitt and Gaines, P.C. ("Blitt"). Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA").

### VENUE AND JURISDICTION

2. This Court has jurisdiction under 15 U.S.C. §1692k (FDCPA), 28 U.S.C. §1331 and 28 U.S.C. §1337.

3. Venue and personal jurisdiction in this District are proper because:

   a. Defendant's collection communications were received by plaintiff within this District; and

   b. Defendant does or transacts business within this District.

### PARTIES

4. Plaintiff Cosmas Stratigos is an individual who resides in the Northern District of Illinois.

5. Defendant Midland Funding LLC is a Delaware limited liability company with its principal place of business at 3111 Camino Del Rio North, Suite 1300, San Diego, CA 92108. It does business in Illinois. Its registered agent and office is Illinois Corporation Service Co.,

1

801 Adlai Stevenson Drive, Springfield, IL 62703.

6. Midland Funding claims to purchase portfolios of charged-off consumer debts, paying less than 5 cents on the dollar for the debts.

7. Thousands of lawsuits are filed in the name of Midland Funding against consumers located throughout the United States, including Illinois.

8. Blitt is a law firm organized as a corporation under Illinois law. It has offices at 661 Glenn Ave, Wheeling, IL 60090.

9. Blitt is engaged in the business of a collections law firm.

10. Blitt regularly uses the mails and telephone system to collect alleged debts originally owed to others.

11. Each defendant is a "debt collector," as defined in 15 U.S.C. §1692a.

## FACTS

12. Defendants have been attempting to collect from plaintiff an alleged credit card debt incurred, if at all, for personal, family or household purposes.

13. On December 10, 2014, Midland Funding, represented by Blitt, filed suit against plaintiff for that purpose.

14. On May 5, 2015, plaintiff, by counsel, appeared in such lawsuit.

15. At all times thereafter, Midland Funding and Blitt have been aware that plaintiff has been represented by counsel.

16. On October 22, 2015, defendants communicated directly with plaintiff for the purpose of collecting the debt. (Exhibit A)

17. Plaintiff was harassed and intimidated as a result.

## COUNT I – FDCPA

18. Plaintiff incorporates paragraphs 1-17.

19. Defendants violated 15 U.S.C. §1692c by contacting a represented party directly.

20. Section 1692c provides:

> **§ 1692c.  Communication in connection with debt collection**
>
> **(a) Communication with the consumer generally.**  Without the prior consent of the consumer given directly to the debt collector or the express permission of a court of competent jurisdiction, a debt collector may not communicate with a consumer in connection with the collection of any debt–
>
>> . . .  **(2) if the debt collector knows the consumer is represented by an attorney with respect to such debt and has knowledge of, or can readily ascertain, such attorney's name and address, unless the attorney fails to respond within a reasonable period of time to a communication from the debt collector or unless the attorney consents to direct communication with the consumer; . . .**

WHEREFORE, the Court should enter judgment in favor of plaintiff and against defendants for:

    a.    Statutory damages;

    b.    Actual damages;

    c.    Attorney's fees, litigation expenses and costs of suit; and

    d.    Such other and further relief as the Court deems proper.

## COUNT II – ILLINOIS COLLECTION AGENCY ACT

21.    Plaintiff incorporates paragraphs 1-17.

22.    This claim is against Midland Funding.

23.    Defendant is a "collection agency" as defined in the Illinois Collection Agency Act, 225 ILCS 425/1 et seq., and holds a license as such.

24.    Defendant violated the following provisions of 225 ILCS 425/9:

> . . . **(30) Communicating or threatening to communicate with a debtor when the debt collector is informed in writing by an attorney that the attorney represents the debtor concerning the claim, unless authorized by the attorney. If the attorney fails to respond within a reasonable period of time, the collector may communicate with the debtor. The collector may communicate with the debtor when the attorney gives his consent. . . .**

25.    Defendant violated the following provisions of 225 ILCS 425/9.2:

> **225 ILCS 425/9.2.  (Effective January 1, 2008) Communication in connection with debt collection**

>**Sec. 9.2. (a) Without the prior consent of the debtor given directly to the debt collector or collection agency or the express permission of a court of competent jurisdiction, a debt collector or collection agency may not communicate with a debtor in connection with the collection of any debt in any of the following circumstances: . . .**
>
>>**(2) If the debt collector or collection agency knows the debtor is represented by an attorney with respect to such debt and has knowledge of or can readily ascertain, the attorney's name and address, unless the attorney fails to respond within a reasonable period of time to a communication from the debt collector or collection agency or unless the attorney consents to direct communication with the debtor. . . .**

26.A private right of action exists for violation of the ICAA.  *Sherman v. Field Clinic*, 74 Ill. App. 3d 21, 392 N.E.2d 154 (1st Dist. 1979).

WHEREFORE, plaintiff requests that the Court grant the following relief in favor of plaintiff and against defendant:

  a.Nominal, compensatory and punitive damages;

  b.Costs.

  c.Such other and further relief as is appropriate.

     s/Daniel A. Edelman
     Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service: courtecl@edcombs.com

## **NOTICE OF LIEN AND ASSIGNMENT**

Please be advised that we claim a lien upon any recovery herein for 1/3 or such amount as a court awards. All rights relating to attorney's fees have been assigned to counsel.

s/Daniel A. Edelman
Daniel A. Edelman